UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DONALD DENEVE,**

    **Plaintiff,**

vs.

CASE NO. 6:14-cv-1175-Orl-22TBS

**COMPUTER CREDIT, INC.,**

    **Defendant.**

_____/

## COMPLAINT

Plaintiff, Donald Deneve ("Plaintiff"), files this lawsuit against Defendant, Computer Credit, Inc. ("Defendant"), and alleges the following.

1. This is an action for damages arising from Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA").

2. The FDCPA was enacted "to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C. § 1692(e).

### PARTIES

3. Plaintiff is an individual residing in Brevard County, Florida. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

4. Defendant is a collection agency with a principal place of business in North Carolina and regularly performs debt collection services in Florida, including its dealings with Plaintiff in Brevard County, Florida, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6). The Defendant maintains a registered agent in the State of Florida.

## JURISDICTION AND VENUE

5. This Court has federal question jurisdiction pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331, since the claims alleged against the Defendant arose under the FDCPA.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), in that the acts giving rise to this action occurred in this District.

## STATEMENT OF FACTUAL ALLEGATIONS

7. Plaintiff allegedly incurred a debt associated with medical services. The subject debt that Plaintiff allegedly incurred was a "consumer debt" as defined by the FDCPA, as it constituted an alleged obligation(s) for the payment of money arising out of a transaction in which the money and/or services which were the subject of the transaction were primarily for Plaintiff's personal, family, or household purposes.

8. At some point after Plaintiff allegedly incurred and defaulted on the subject debt, the subject debt was assigned or consigned to Defendant for purposes of collection.

9. On March 21, 2014, Defendant sent Plaintiff its initial "dunning" letter pursuant to 15 U.S.C. § 1692g. A copy of the foregoing letter, hereinafter the "Dunning Letter", is attached as **Exhibit A**.

10. In the Dunning Letter, Defendant described Plaintiff's rights under 15 U.S.C. § 1692g(a)(4) by stating: "CCI will assume this debt to be valid unless you dispute the validity of the debt, or any portion thereof, within thirty days after receipt of this notice. If you notify CCI, in writing, within this thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment, as applicable, and a copy of such verification or judgment will be mailed to you. Upon written request within the thirty-day period, CCI will provide you with the name and address of the original creditor if different from the named creditor."

11. On April 4, 2014, Defendant sent Plaintiff a subsequent letter relating to the same debt at issue in the Dunning Letter. A copy of the foregoing letter, hereinafter the "Subsequent Letter", is attached to this Complaint as **Exhibit B**.

12. Defendant's Subsequent Letter states "[d]espite our previous communication to encourage you to pay your delinquent account with North Brevard Co Hospital District Pt Lockbox, you still have an outstanding balance." The foregoing sentence insinuates that a deadline for taking action had already passed. The letter goes on to state "[t]his is our FINAL NOTICE and you *must take action to resolve this overdue account*. Pay the amount due to discharge your debt owed to the hospital." (Emphasis added).

13. The final paragraph of the Subsequent Letter states "[t]his letter is sent as a *final demand* for payment in the amount of $300.00." "Be advised this is our LAST ATTEMPT to collect this debt ..." (Emphasis added).

14. The Defendant's Subsequent Letter was sent and received by Plaintiff within the 30 day validation window. The Subsequent Letter does not refer to the consumer's right to dispute the debt and the language used in the letter carries a sense of urgency. The tone and language used in the Subsequent Letter would induce an unsophisticated consumer to ignore his right to take 30 days to validate the debt and act immediately. An unsophisticated consumer would be left confused about whether he still had the right to dispute the debt within the 30 day validation time period.

15. An unsophisticated consumer cannot be expected to know that the validation notice included within the Dunning Letter takes precedence over the final demand for payment annunciated in the Defendant's Subsequent Letter.

## COUNT I
## VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. 1692 § *et seq.*

16. Plaintiff incorporates by reference paragraphs 1 through 15 of this Complaint as though stated fully herein.

17. The foregoing acts and omissions of Defendant constitute a violation of 15 U.S.C. §§ 1692g(a); 1692g.

18. As a result of Defendant's violation of the FDCPA, pursuant to 15 U.S.C. § 1692k, Plaintiff is entitled to statutory damages in an amount up to $1,000.00, plus reasonable attorneys' fees and costs.

WHEREFORE Plaintiff demands judgment for statutory damages, attorneys' fees, costs, and such further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

/s/ Paul R. Fowkes
Paul R. Fowkes, Esq.
Fla. Bar No. 723886
1041 US Highway 19
Holiday, Florida 34691
(813) 221-0500
(813) 228-7077 (Facsimile)
*Attorneys for Plaintiffs*

# EXHIBIT A

# COMPUTER CREDIT, INC.

CLAIM DEPT 003476 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

March 21, 2014

| CREDITOR DETAIL |
|---|
| North Brevard County Hospital District Pt Lockbox |
| DBA Parrish Medical Center |
| Telephone: (321) 268-6158 |
| Pay your bill online at www.parrishmed.com |
| Account#   30032973 |
| Service Date   11-24-13 |

006   CH1   1399   0751949593
Donald Deneve
745 Cleveland St
Titusville, FL 32780-6459

**PAST DUE AMOUNT: $300.00**

**PLEASE SEE IMPORTANT NOTICE ON BACK**

Dear Donald Deneve:

Your overdue balance with North Brevard Co Hospital District Pt Lockbox has been referred to Computer Credit, Inc. (also referred to in this letter as CCI) for collection. Our records indicate that this debt is your responsibility. This letter will serve to inform you that your account remains unpaid and we expect resolution of your obligation to the hospital. Computer Credit, Inc. is a debt collector and a member of ACA International, the Association of Credit and Collection Professionals.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose. Unless you notify our office that you dispute the validity of this debt or any portion thereof within 30 days of receiving this letter, we will assume that the debt is valid and expect it to be paid.

Pay the amount due to prevent further collection activity by Computer Credit, Inc. We appreciate your attention to this matter.

*C. Jordan*
C. Jordan
Director of Operations

*The hospital has several financial programs available to help you resolve your account balance. You may call the hospital to discuss your eligibility for one of these programs.*

 For more information      www.informationcci.com      Reference Number
7519 4959 1476

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW |
|---|
| ☐ VISA   ☐ MasterCard   ☐ Discover   ☐ AMEX |
| CARD NUMBER                              EXP DATE |
| SECURITY CODE                            AMOUNT |
| SIGNATURE |
| PRINT CARDHOLDER'S NAME |
| BILLING ADDRESS                          BILLING ZIP CODE |

Computer Credit, Inc.
CCI KEY: 0751949593

GUARANTOR   Donald Deneve
ACCOUNT#    30032973
AMOUNT DUE  $300.00

**You may make check payable to:**

**North Brevard County Hospital District Pt Lockbox
DBA Parrish Medical Center
PO Box 742379
Atlanta, GA 30374-2379**

### FEDERAL NOTICE TO ALL CONSUMERS

CCI will assume this debt to be valid unless you dispute the validity of the debt, or any portion thereof, within thirty days after receipt of this notice. If you notify CCI, in writing, within this thirty-day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt or a copy of a judgment, as applicable, and a copy of such verification or judgment will be mailed to you. Upon written request within the thirty-day period, CCI will provide you with the name and address of the original creditor if different from the named creditor.

CCI is required by Texas and California state law to give the notice set forth below to consumers in those states. These notices do not contain a complete description or listing of all rights that consumers have under state and federal laws.

### NOTICE TO TEXAS CONSUMERS

Texas law gives Texas consumers a separate right to dispute the accuracy of this debt by giving notice in writing to CCI. If you dispute the accuracy of this debt, upon written request CCI will provide you with forms for, and assistance in, preparing a notice of inaccuracy regarding the debt.

### NOTICE TO CALIFORNIA CONSUMERS

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in this area.

# EXHIBIT B

# COMPUTER CREDIT, INC.

CLAIM DEPT 003476 . 640 West Fourth Street . Post Office Box 5238 . Winston-Salem, NC . 27113-5238 . 336-761-1538

April 04, 2014

| CREDITOR DETAIL |
|---|
| North Brevard County Hospital District Pt Lockbox |
| DBA Parrish Medical Center |
| Telephone: (321) 268-6158 |
| Pay your bill online at www.parrishmed.com |
| Account#  30032973 |
| Service Date  11-24-13 |
| **PAST DUE AMOUNT: $300.00** |

004  CH7  865  0751949593
Donald Deneve
745 Cleveland St
Titusville, FL 32780-6459

Dear Donald Deneve:

Despite our previous communication to encourage you to pay your delinquent account with North Brevard Co Hospital District Pt Lockbox, you still have an outstanding balance. This is our FINAL NOTICE and you must take action to resolve this overdue account. Pay the amount due to discharge your debt owed to the hospital.

This letter is sent as a final demand for payment in the amount of $300.00. Computer Credit, Inc. is a debt collector and a member of ACA International, the Association of Credit and Collection Professionals. Be advised this is our LAST ATTEMPT to collect this debt and any information obtained will be used for that purpose.

We expect you to resolve your financial obligation.

*C. Jordan*
C. Jordan
Director of Operations

*The hospital has several financial programs available to help you resolve your account balance. You may call the hospital to discuss your eligibility for one of these programs.*

For more information  www.informationcci.com  Reference Number 7519 4959 1476

*Return this portion with your payment*

| IF PAYING BY CREDIT CARD. PLEASE FILL OUT BELOW |
|---|
| ☐  VISA   ☐    ☐ DISCOVER   ☐  AMEX |
| CARD NUMBER                           EXP DATE |
| SECURITY CODE                         AMOUNT |
| SIGNATURE |
| PRINT CARDHOLDER'S NAME |
| BILLING ADDRESS                       BILLING ZIP CODE |

Computer Credit, Inc.
CCI KEY: 0751949593

GUARANTOR  Donald Deneve
ACCOUNT#  30032973
AMOUNT DUE  $300.00

*You may make check payable to:*

**North Brevard County Hospital District Pt Lockbox
DBA Parrish Medical Center
PO Box 742379
Atlanta, GA 30374-2379**