IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DONALD DENEVE,**

    **Plaintiff,**                                              **CASE NO. 6:14-cv-01175**

vs.

**COMPUTER CREDIT, INC.,**

    **Defendant.**

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a) WITHOUT PREJUDICE**

Plaintiff, Donald Deneve, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby files this Notice of Voluntary Dismissal without prejudice. Rule 41(a)(1)(A)(i) applies to this action because the opposing party has neither served an answer nor otherwise moved for summary judgment.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                                          /s/ Paul R. Fowkes_____
                                                          Paul R. Fowkes, Esq.
                                                          FBN: 723886
                                                          1041 US Highway 19
                                                          Holiday, FL 34691
                                                          (813) 221-0500
                                                          (813) 228-7077 (FAX)
                                                         Counsel for Plaintiff